# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

R. WAYNE JOHNSON                                                                                  PLAINTIFF
#282756

VS.                                                4:20-cv-00098 BRW

BRIAN MILLER, *et al*.                                                DEFENDANTS

## JUDGMENT

Based on the order entered today, this case is DISMISSED without prejudice.

IT IS SO ORDERED this 26th day of February, 2020.

                                                          Billy Roy Wilson_____
                                                          UNITED STATES DISTRICT JUDGE